### J. F. DARNELL v. THE STATE.

#### No. 4369.  Decided February 28, 1917.

**Misdemeanor—Theft—Practice on Appeal.**

Where, upon appeal from a conviction of misdemeanor theft, the complaint and information were sufficient, the cause must be affirmed in the absence of a statement of facts or bills of exception.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of misdemeanor theft; penalty, a fine of one dollar and two days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of misdemeanor theft, his punishment being assessed at a fine of $1 and two days imprisonment in the county jail.

The record is before us without a statement of facts or bill of exceptions. The complaint and information seem to be sufficient. As the record is presented we are of opinion that the judgment ought to be affirmed, and it is accordingly so ordered.

*Affirmed.*